IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THUY TRONG LE, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-1070-WKW |
| ) | (WO) |
| ARCITERRA GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the court is the Verified Complaint and Motion for Temporary Restraining Order (Doc. # 1) filed by plaintiffs Thuy Trong Le and Kim Chi Vo d/b/a Nail Studio and Spa. The motion for a temporary restraining order is DENIED.

Federal Rule of Civil Procedure 65 (b) states that a temporary restraining order may be granted only if "it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party . . . can be heard in opposition." "An injury is 'irreparable' only if it cannot be undone through monetary remedies." *Ferrero v. Associated Materials, Inc.*, 923 F.2d 1441, 1449 (11th Cir.1991) (quoting *Cate v. Oldham*, 707 F.2d 1176, 1189 (11th Cir.1983)).

The court finds the plaintiff fails to demonstrate that an immediate and irreparable injury will occur before a hearing on the preliminary injunction can be held. In the present case, plaintiffs have not offered evidence that they will suffer any harm beyond monetary loss

if the temporary restraining order is not issued.  Accordingly, it is hereby ORDERED that plaintiffs' Motion for Temporary Restraining Order (Doc. # 1) is DENIED.

DONE this 12th day of December, 2007.

                                       /s/  W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE