IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THUY TRONG LE and KIM CHI VO, d/b/a NAIL STUDIO AND SPA, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **CASE NO. 2:07-cv-1070-WKW-CSC** |
| ARCITERRA GROUP, LLC, d/b/a ARCITERRA FESTIVAL MONTGOMERY AL, LCC, | ) ) ) ) |
| Defendant. | ) |

**CONFLICT DISCLOSURE STATEMENT**

**COMES NOW** the Defendant, **ArciTerra Group, LLC** and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Defendant ArciTerra Group, LLC is a corporate entity composed of the following members: CSL Investments, LLC, and Moynaham Investments, LLC, both of which are Indiana corporations. Jonathan M. Larmore is the sole member and manager of CSL Investments, LLC; Marcia Larmore is the sole member and manger of Moynaham Investments, LLC.

ArciTerra Festival Montgomery, AL, LLC, is a corporate entity composed of ArciTerra REIT, LP, a Delaware Limited Partnership, which is composed of ArciTerra Real Estate Investment Trust, Inc., a Maryland corporation, and ArciTerra REIT Advisors, LLC, an Arizona Limited Liability Company.

Respectfully submitted this the 26th day of December, 2007.

/s/ J. Flynn Mozingo
JOE ESPY, III
J. FLYNN MOZINGO (ASB-9111-O73J)
Melton, Espy & Williams, PC
255 Dexter Avenue
Post Office Drawer 5130
Montgomery, AL 36103-5130
Telephone: (334) 263-6621
Facsimile: (334) 263-7252

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed with the Clerk of the Court using the ECF/CM system and copy of same will be served upon the listed counsel of record via USPS, postage prepaid and properly addressed this the 26th day of December, 2007:

Aaron J. Luck
McPhillips, Shinbaum, LLC
516 S. Perry Street (36104)
Post Office Box 64
Montgomery, AL 36101-0064

/s/ J. Flynn Mozingo
OF COUNSEL