IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THUY TRONG LE and KIM CHI VO, d/b/a NAIL STUDIO AND SPA, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO-2:07-cv-1070-WKW |
| | ) | |
| ARCITERRA GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO MOTION TO REMAND

COMES NOW the Defendant, **ArciTerra Group, LLC**, and in response to the Motion to Remand, states as follows:

1.      The Plaintiffs, Thuy Trong Le and Kim Chi Vo d/b/a Nail Studio and Spa, have filed a Motion to Remand this proceeding to the Circuit Court of Montgomery County, Alabama, wherein the Plaintiffs' Complaint was originally filed.  Plaintiffs claim that ArciTerra Group has failed to establish that the amount in controversy exceeds the monetary threshold for diversity of citizenship jurisdiction.  Since the Plaintiffs refuse to identify the amount in controversy, and refuse to identify the amount of damages they are seeking or would accept from a jury, ArciTerra Group must meet its burden of proof by a preponderance of the evidence by giving evidence of the likely "amount in controversy."  By presenting such evidence and arguments ArciTerra Group does  not stipulate nor admit that the Plaintiffs have or will actually suffer damage.  Likewise, ArciTerra Group does not admit nor stipulate that the Plaintiffs are entitled to any relief whatsoever or have pled a claim for which relief can be granted or have otherwise asserted a meritorious claim.  To the contrary, the

1

evidence and arguments set forth herein are asserted solely for the purpose of establishing the "amount in controversy" for purposes of federal diversity of citizenship jurisdiction, and for no other reason.

2.    The preponderance of the evidence readily reveals that the amount in controversy, although not identified by the Plaintiffs, readily meets and exceeds the jurisdictional threshold of the Court.  The Plaintiffs' Complaint asserts a claim for tortuous interference with business or contractual relations.  According to the Complaint, "Plaintiffs have sustained, and will continue to sustain, damages so long as a competitive business is allowed to operate within Festival Plaza."[1]  The Plaintiffs seek relief consisting of compensatory damages, punitive damages, costs and fees.  Under Alabama law, punitive damages are available for a tortuous interference claim.  Gross v. Lowder Realty Better Homes and Gardens, 494 So. 2d 590, 597 n. 4 (Ala. 1986).  In addition, the Plaintiffs seek equitable relief to rescind and enjoin the enforcement of a five-year lease valued at $161,920.00.

3.    Because the Plaintiffs do not identify the amount of damages they seek, in determining the amount in controversy the Court should consider that nature of the Plaintiffs' claims, the value of related claims litigated in Alabama, any other evidence bearing upon the potential value of such claims, and even common sense. See Weddington v. Ford Motor Credit Co., 59 F. Supp. 2d 578, 584 (S.D. W. Va. 1999) (commenting that in determining the value of unspecified damages for jurisdictional purposes, "the Court 'is not required to leave its common sense behind.'"); see also Employers Mutual Cas. Co. v. Evans, 76 F. Supp. 2d 1257, 1260 (N.D. Ala. 1999) (holding the value

---

[1]  As of the date of this Response, the alleged competing business has opened and is present and operating under the five-year lease previously attached as Exhibit D to the Notice of Removal.

of a claim for unspecified damages exceeded federal diversity jurisdictional amount because

judgments awarded in similar claims in state courts "easily exceed the statutorily required amount.");

Fuller v. Exxon Corp., 78 F. Supp. 2d 1289, 1298 (S.D. Ala. 1999) (holding jurisdiction was

available because it was "more likely than not" that aggregate punitive damages, assuming the

plaintiff's allegations to be true, would exceed the jurisdictional requirement); Holley Equip. Co. v.

The Credit Alliance Corp., 821 F. 2d 1531, 1535 (11th Cir. 1987) ("When determining the

jurisdictional amount in controversy in diversity cases, punitive damages must be considered.").

      4.     In voicing their objection to the presence of a competitor, the Plaintiffs and/or their

representative advised McClinton & Company that Festival Plaza shopping center cannot support

two nail salons and that the Plaintiffs would lose customers, not have enough income to operate their

store, and that the store would lose its value.  The Plaintiffs and/or their representative made the

following admission:

> We are very concerned to this matter.  Since they leased to the new operator just
> $3,000/month with bigger space than us, and especially in sit in front our store, so it
> will make out store become in-valuable.  I know this new operator will do anything
> including to lower their services prices to get customers.  At that time, *we will have
> not any income to operate our store.  As you already, this is not a big center as well
> as no enough customers for two nail salon.*

Exhibit A (emphasis added).

      5.     Accordingly, in support of their tortuous interference with business or contractual

relations claim the Plaintiffs will argue that ArciTerra Group's alleged tortuous act has or will

deprive their salon of customers, income and revenues, and otherwise reduce or destroy the value

of their business.  In pursuing a claim for tortuous interference with business relations, the Plaintiffs

are allowed by Alabama law to seek and recover past damages, future damages and punitive

3

damages. ALA. CODE § 6-11-1 (1975).  In addition, by law "the factfinder [is prohibited from] reduc[ing] any future damages to present value." Id. Furthermore, Alabama law allows for attorneys' fees to be recovered where future damages exceed $150,000.00. ALA. CODE § 6-11-3.

6.     Alabama law also allows for punitive damages to be recovered based on a multiple of three (3) or up to $500,000 or, depending on the verdict and the status of the defendant, up to $50,000 for a "small business" or ten percent (10%) of the business's net worth, whichever is greater. ALA. CODE § 6-11-21.

7.     Therefore, based upon the Plaintiffs' admission, potential present and future damages, punitive damages, fees (including attorneys' fees) and costs, the amount in controversy would clearly exceed the jurisdictional threshold of the Court.

8.     It is self-evident that the Plaintiffs' alleged competitor is willing to pay $161,920.00 to have a business in the same area as Plaintiffs' business.  Therefore, Plaintiffs' competitor could and should expect operating income to meet and exceed the cost of its lease.  In fact, public internet notices for the sale of nail salons, spas and beauty salons in Alabama and in neighboring states reveal that the sales price and income/revenue from such businesses readily exceed the amount in controversy threshold of the Court or, in the alternative, would readily exceed the threshold when punitive damages are considered.  A quick internet search on a business broker website in alliance with The Wall Street Journal Online yields the following nail salons (including their income) for sale in the Alabama area and Southeast region:

| | | |
|---|---|---|
| Day Spa | 1 full-time employee salon | Asking price: $40,000 |
| Birmingham, AL | 2,000 sq. feet | Gross revenue: $146,000 |
| | | |
| Spa, Nail & Hair  Salon | 12 employees | Asking price: $480,000 |
| Jefferson County, AL | 3,200 sq. feet | Gross income: $1,000,000 |

4

| | | |
|---|---|---|
| Nail Salon<br>Augusta, Ga. | Operated from home | Asking price: $169,000<br>Gross Income: $48,000 |
| Nail Salon Franchise<br>Altamonte Springs, Fla. | Turn-Key facility<br>1,200 to 1,500 sq. feet | Asking price: $125,000<br>Gross Income: $340,000 |
| Nail Salon<br>Miami, Fla. | 3,600 sq. feet | Asking price: $140,000<br>Gross Income: $216,000 |
| Nail Salon<br>Clermont, Fla. | | Asking price: $135,000<br>Gross Income: $135,000 |
| Nail Salon<br>Lake Worth, Fla. | 9 employees | Asking Price: $89,000<br>Gross Income: $115,469 |
| Nail Salon<br>Tampa, Fla. | 4 employees | Asking Price: $79,797<br>Gross Income: $120,000 |
| Nail Salon<br>Duluth, Ga. | | Asking Price: $73,000<br>Cash Flow: $60,000 |
| Nail Salon<br>Duluth, Ga. | in shopping mall | Asking Price: $50,000<br>Gross Income: $145,000 |

http://www.bizbuysell.com (Exhibit B).

9.     There is no known reason to expect that the value and income of the Plaintiffs' nail salon and spa would be materially less than the advertised sales prices and reported income from area and regional salons.  Indeed, the amount in controversy here would be expected to exceed the business values and incomes advertised online based on the fact the Plaintiffs' competitor is willing to pay $161,920 to be in the same shopping area as Plaintiffs' business, and based on the fact the Plaintiffs' nail salon is located in one of Montgomery's premier shopping centers along with upscale clothing stores (e.g., The Locker Room Outdoors a/k/a TLR Outdoors), an upscale jewelry store (i.e., Mickleboro's), and an upscale portrait gallery (i.e., Leon Loard Oil Portraits).  Thus, the Plaintiffs may refuse to identify the damages they seek but common sense dictates that such damages could

5

easily exceed the amount in controversy threshold of the Court, especially given that the Plaintiffs have complained that the presence of a competitor will deprive them of income, customers and destroy the value of their business.

      10.    Furthermore, a cursory review of appeals to the Alabama Supreme Court from jury awards for tortuous interference claims, since such a claim was first recognized in 1986, also readily reveals that substantial damages - that exceed the jurisdictional threshold of the Court - are the norm. See Tom's Foods, Inc. v. Carn, 896 So. 2d 443 (Ala. 2004) (jury award of $500,000 compensatory and $4 million punitive damages for individual who was a prospective purchaser of snack vending machines and customer accounts); Estate of Henderson v. Henderson, 804 So. 2d 191 (Ala. 2001) (jury award of $75,000 compensatory damages in favor of spouse against co-executors of estate of deceased husband); Colonial Bank v. Patterson, 788 So. 2d 134 (Ala. 2000) (jury award of $60,640 compensatory and $939,000 punitive damages in favor of corporate shareholder against the corporation's bank); Doe v. Markham, 776 So. 2d 757 (Ala. 2000) (jury award of $25,001 compensatory and $100,000 punitive damages in favor of doctor who had false homosexual statements about him written on bathroom wall); Southern Exposition Management Co. v. University Auto Sales, Inc., 740 So. 2d 992 (Ala. 1998) (jury award of $-0- compensatory and $225,000 punitive related to display of boats at boat show); City of Birmingham v. Business Realty Investment Co., 722 So. 2d 747 (Ala. 1998) (jury award of $172,500 against City of Birmingham concerning relationship between contractor and contractor's insurer); Sevier Ins. Agency, Inc. v. Willis Corroon Corp. of Birmingham, 711 So. 2d 995 (Ala. 1998) (multiple jury verdicts in favor of two insurance brokers in the amounts of $600,000 and $1,175,000); Williams v. A.L. Williams & Associates, Inc., 555 So. 2d 121 (Ala. 1989) (jury verdict of $500,000 in favor of sales agent against insurer's general

agent for multiple claims including interference with business relations); <u>Creel v. Davis</u>, 544 So. 2d

145 (Ala. 1989) (jury verdict of $75,000 for interference with employment as respiratory therapist);

<u>see also</u> <u>Fries Correctional Equip., Inc. v. Con-Tech, Inc.</u>, 559 So. 2d 557 (Ala. 1990) (review of

default judgment in favor of plaintiff against separate defendants for breach of contract, open account

and intentional interference with business relations in the amounts of $1,022,325.50 and

$1,000,000.00).

      11.    Indeed, the most telling examples of the substantial jury verdicts for tortuous

interference claims are the apparently small or insignificant disputes in <u>Doe v. Markham</u>, 776 So.

2d 757 (Ala. 2000), where a jury awarded $25,001 compensatory and $100,000 punitive damages

in favor of doctor who merely had false homosexual statements about him written on a bathroom

wall, the almost twenty-year-old case of <u>Creel v. Davis</u>, 544 So. 2d 145 (Ala. 1989), where a jury

awarded $75,000 in compensatory damages in favor of a respiratory therapist against a physician for

the physician's interference with the therapist's employment, and <u>Southern Exposition Management</u>

<u>Co. v. University Auto Sales, Inc.</u>, 740 So. 2d 992 (Ala. 1998), where the jury found no

compensatory damages but still awarded $225,000 in punitive damages to a boat dealer who was

forced to remove a certain brand of boat from its display at a boat show.

      12.    Given that the dispute in this case involves: (1) the presence of a business competitor

willing to pay $161,920 to be in the area where Plaintiffs' business is located in an upscale shopping

center in Montgomery; (2) the Plaintiffs' admission of likely lost revenue, customers and destruction

of business value; (3) the advertised sales prices and revenues of nail salon stores in the area and

region; (3) claims for compensatory damages (which includes present and future damages), punitive

damages, costs, fees and injunctive relief; and (4) the substantial jury awards in Alabama on claims

for tortuous interference with business and contractual relations, there is no reason to believe that, based upon a preponderance of the evidence, the amount is controversy is anything less than the jurisdictional threshold of this Court.

13.    Accordingly, ArciTerra Group has met its burden of proof by showing, by a preponderance of the evidence, that the amount in controversy here more likely than not exceeds the jurisdictional threshold of the Court.  Accordingly, the Court should retain jurisdiction of this case between the parties who are of diverse citizenship, and should hear and resolve the parties' claims and disputes on the merits and ultimately render a final judgment.  Likewise, the Court should uphold the right of ArciTerra Group, an Arizona limited liability company, to have this dispute against it heard in the courts of the United States of America as opposed to an Alabama state court.

DONE this the 4th day of January, 2008.


JOE ESPY, III (ESP002)
J. FLYNN MOZINGO (MOZ003)
Attorneys for Defendant,
ArciTerra Group, LLC


OF COUNSEL:

Melton, Espy & Williams, P.C.
P.O. Drawer 5130
Montgomery, AL 36103
Telephone:  (334) 263-6621
Facsimile:  (334) 263-7252
jespy@mewlegal.com
fmozingo@mewlegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been filed electronically with the Clerk of the Court on the 4th day of January, 2008, and a copy of same will be served upon the below listed counsel of record USPS, postage prepaid and properly addressed:

Aaron J. Luck
McPhillips, Shinbaum
Post Office Box 64
Montgomery, AL 36101-0064


OF COUNSEL

9

**Kristina Cervone**

EXHIBIT

A

tabbies®

| | |
|---|---|
| **From:** | Joan Surles [surlesj@mcclintonco.com] |
| **Sent:** | Monday, October 15, 2007 11:38 AM |
| **To:** | lthuytony@yahoo.com |
| **Cc:** | Matthew Coblentz; Buddy McClinton; David McClinton; Letitia Henson |
| **Subject:** | FW: Festival Plaza - Follow Up |
| **Importance:** | High |

Via Email and Fax

Dear Toan:

We are in receipt of your email below, as well as your letter dated October 5, 2007 in regards to the possible nail salon locating in the outparcel building located in front of the Festival Plaza Shopping Center.   As I mentioned in my phone conversations with both you and Tony Le last week,  I have had our attorney review the Declaration of Restrictions which is in effect regarding the use of that parcel, and there is nothing that specifically prohibits that parcel owner from leasing to a nail salon.  However it does state that they should not use this property for any purpose which would not be in harmony with the rest of the shopping center.   We learned last week that Jim Cofer is no longer the owner of the property and it has been sold to ArciTerra Group out of Phoenix Arizona.  We have written the attached letter  to the property owner .

I understand your concerns, and hope that the attached letter will assist in a resolution of this matter.   Please be advised, however, that by sending this letter we are not committing to take any further action, including litigation, concerning this matter.

Joan J. Surles, CSM
Senior Vice President - Operations
McClinton & Company, Inc.
3140 Zelda Court
Montgomery AL 36106
334.270.9653 (Office)
334.270.9811 (Fax)
334.303.0800 (Mobile)
surlesj@mcclintonco.com
www.mcclintonco.com
-------------------------------------

This electronic message transmission contains information from McClinton & Company, Inc.  which may be confidential or privileged. The information within the electronic message transmission is intended to be for the use of the individual or entity named above. If you are not the intended recipient or the employee/agent responsible for delivering this electronic message transmission to the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this electronic message transmission is strictly prohibited. If you receive this electronic message transmission in error, please notify McClinton & Company by telephone (334) 270-9653 or by electronic mail (mcc@mcclintonco.com ) immediately and delete the message. Thank you.

**From:** Matthew Coblentz
**Sent:** Thursday, October 11, 2007 12:42 PM
**To:** Joan Surles
**Subject:** FW: Festival Plaza - Follow Up

**From:** Thuy Le [mailto:lthuytony@yahoo.com]
**Sent:** Thursday, October 11, 2007 12:26 PM
**To:** Matthew Coblentz
**Subject:** RE: Festival Plaza - Follow Up

10/15/2007

Hello Matthew,

I am following up to see any update about the issue at Festival Plaza. We are very concerning to this matter. Since they leased to the new operator just $3,000/month with bigger space than us, and especially in sit in front our store, so it will make our store become in-valuable. I know this new operator will do anything including to lower their services prices to get customers. At that time, we will have not any income to operate our store. As you already, this is not a big center as well as not enough customers for two nail salon.

Regarding to my store manager, Mrs. Kim, she said that she did call to your office around 2005 or 2006 when she saw the sign for lease in front of this center. At that time, she was noticed that there would not add any nail salon, and your office confirmed that there were no change to have another nail salon in this center.

I am looking forward to your response.

Thanks

Toan Hoang

10/15/2007

# The Largest Online Marketplace for Businesses for Sale



**BizBuySell**®

in alliance with | WSJ THE WALL STREET JOURNAL ONLINE

EXHIBIT

B

- HOME
- BUY A BIZ
- SELL YOUR BIZ
- FIND A FRANCHISE
- VALUE A BIZ
- BIZ LOANS
- FIND A BROKER
- FOR BROKERS

<u>Back to Search Results</u>

# Alabama (Jefferson County)

### Services - Beauty & Barber Shops | Services - Other Personal Services

| | | | |
|---|---|---|---|
| **Asking Price** ⓘ | $480,000 | **Inventory** ⓘ | |
| **Gross Income** ⓘ | $1,000,000 | **Real Estate** ⓘ | |
| **Cash Flow** ⓘ | Not Disclosed | **Year Established** | 2002 |
| **FF&E** ⓘ | N/A | **Employees** | 12 |

\* included in the asking price

\*\* **not** included in the asking price

This is one of the most recognized spa & hair salons in the Birmingham area and has been established and in business at this location for 5 years. This Salon is a high end all the way serving approximately 100 customers a day. The Salon is nicely decorated with only the best furniture, fixtures and top of the line equipment available. It is approx 3200 square feet with 8 stations. Separate spa, hair, nail and waxing areas that are all connecting. The business benefits from one of the most travelled roads and areas in this Birmingham area. Spa/salon has a client list of 9000 patrons. Owner utilizes the latest salon management software and technology in order to maintain the extensive customer base. Owner is in constant contact with customers giving them full service and benefits found in salons in NY and LA.

**Facilities:** It is approx 3200 square feet with 8 stations. Separate spa, shower, hair, nail and waxing

areas that are all connecting. The business benefits from one of the most travelled roads and areas in this Birmingham area. The Salon is nicely decorated with only the best furniture, fixtures and top of the line equipment available. Owner utilizes the latest salon management software and technology in order to maintain the extensive customer base.

**Competition:** 9000 customer database in a consistent growing industry with little competition based on services offered. This is high end all the way.

**Growth/Expansion:** Salon offers an atmosphere and services found in NY and LA. The salon is unique to Birmingham in many aspects with little to no competition based on the experience received by its clients. The spa & salon have a growing base of referral and walk in clients

**Support/Training:** Yes

**Reason Selling:** Owner wishes to pursue ministry work

# Business listed by

# John Allen Dees

# (334) 303-1567

# Statewide Business Brokers

## Contact the Seller

To inquire about this business for sale, click the Reply button below

Contact the Seller

- Print this listing
- Email this listing to a friend
- View the broker's web site

recommended resources

Analyze This Business

- Compare with other businesses
- Conduct comprehensive valuations

- Find the problems
- Learn what to ask the seller
- Learn more now...

**Download This Listing**

**How to Buy a Good Business at a Great Price**

Learn how to find & buy the right business. Expert tips, strategies & techniques covering the entire buying process.

**Find Out More...**



Contact the seller about this business >    Contact the Seller

*AD # 353675*

The information in this listing has been provided by the business seller or representative stated above. BizBuySell has no stake in the sale of this business, has not independently verified any of the information about the business, and assumes no responsibility for its accuracy or completeness. Read BizBuySell's Terms & conditions before responding to any ad.

-- ADVERTISEMENT --



**BizBuySell**  **The Largest Online Marketplace for Businesses for Sale**



- HOME
- BUY A BIZ
- SELL YOUR BIZ
- FIND A FRANCHISE
- VALUE A BIZ
- BIZ LOANS
- FIND A BROKER
- FOR BROKERS

Back to Search Results

## Augusta, Georgia (Richmond County)

**Services - Beauty & Barber Shops | Services - Other Personal Services**

| | | | |
|---|---|---|---|
| Asking Price | $169,000 | Inventory | $2,000* |
| Gross Income | $48,000 | Real Estate | |
| Cash Flow | $42,596 | Year Established | N/A |
| FF&E | $5,000* | Employees | N/A |

\* included in the asking price

\*\* not included in the asking price

This well known nail salon has been established for over 15 years. The seller currently runs her operation out of the home. The sale will include the home as well as the business. Home is an excellent brick ranch in great condition. This is a full service nail salon with plenty of customers that keep them very busy. Please call for more details and pictures of the salon and home.

## Business listed by

# Tim Dalton

# 706-854-0740

## Sunbelt Business Brokers

### Contact the Seller

To inquire about this business for sale, click the Reply button below

**Contact the Seller**

- Print this listing
- Email this listing to a friend
- View the broker's web site

**Analyze This Business**

- Compare with other businesses

**BizBuySell** ®    **The Largest Online Marketplace for Businesses for Sale**



in alliance with | THE WALL STREET JOURNAL.

- HOME
- BUY A BIZ
- SELL YOUR BIZ
- FIND A FRANCHISE
- VALUE A BIZ
- BIZ LOANS
- FIND A BROKER
- FOR BROKERS

## Altamonte Springs, Florida (Seminole County)

Services - Beauty & Barber Shops | Services - Other Personal Services

| | | | |
|---|---|---|---|
| Asking Price | $125,000 | Inventory | $8000* |
| Gross Income | $340,000 | Real Estate | |
| Cash Flow | $107,400 | Year Established | 2005 |
| FF&E | $58,950* | Employees | 6 |

* included in the asking price

** not included in the asking price



View Larger Photo of Business

Live the American dream, Turnkey Franchise. 2.5 years in the making, YOUR salon is waiting for YOU. Financing available through Florida Choice Bank and Countrywide lenders via cash-out refi of your current home with loans of up to 100% LTV with a Minimum of 680 credit score with proved income and assets. Other programs available. Cash out on the equity of your most valuable asset and make a life changing move. Independence can be yours $25,000.00 down,$150k minimum net worth,$125k total investment.

**Facilities:** Uniquely decorated atmosphere makes for a relaxing environment in your 1200 - 1500 sqft Salon

**Competition:** This is a turnkey salon with everything reday to go. Not the typical day to day nail salon.

**Support/Training:** 4 weeks at no cost

**Reason Selling:** Expanding locations

## Business listed by

# Eduardo J. Dominguez or Ed Kane

# 407 247 6938

# VR Business Brokers, Mergers & Acquisitions

## Contact the Seller

# BizBuySell® The Largest Online Marketplace for Businesses for Sale



- HOME
- BUY A BIZ
- SELL YOUR BIZ
- FIND A FRANCHISE
- VALUE A BIZ
- BIZ LOANS
- FIND A BROKER
- FOR BROKERS

## Florida (Miami-Dade County)

Services - Beauty & Barber Shops | Services - Other Personal Services

| | | | |
|---|---|---|---|
| Asking Price | $140,000 | Inventory | $5000** |
| Gross Income | $216,000 | Real Estate | |
| Cash Flow | $55,680 | Year Established | 2006 |
| FF&E | $30,000* | Employees | ft:4 |

\* included in the asking price

\*\* not included in the asking price

Reason for Sale: Too many locations- Est Nail salon located in Coconut Grove. 5 Pedicure stations & 6 manicure stations. Low rent for the area $3600/mth for 700 sq ft facility. Long term lease extends to 2016. 4 nail techs on staff as 1099 Independent contractors at 50/50 split. Store avg $18k/mth sales. Minimal competition in the area. Don't miss this one!!!. Please refer this listing #1647040 and ask for broker #10 when inquiring.

Facilities: Lease/Month: 3600 Square Footage: 700 Building Type: Plaza Terms & Options: 1(5yr) Expiration Date: 12/1/2011

Support/Training: Seller will train for 2 weeks at no cost

Reason Selling: Too many locations

## Business listed by

# Russell Cohen

# 7542243119

# Transworld Business Brokers, LLC.

## Contact the Seller

To inquire about this business for sale, click the Reply button below



- Print this listing
- Email this listing to a friend
- View the broker's web site

# BizBuySell® The Largest Online Marketplace for Businesses for Sale

 in alliance with | THE WALL STREET JOURNAL

- HOME
- BUY A BIZ
- SELL YOUR BIZ
- FIND A FRANCHISE
- VALUE A BIZ
- BIZ LOANS
- FIND A BROKER
- FOR BROKERS

## Clermont, Florida (Lake County)

**Services - Beauty & Barber Shops | Services - Other Personal Services**

| | | | |
|---|---|---|---|
| Asking Price | $135,000 | Inventory | $3000* |
| Gross Income | $93,010 | Real Estate | |
| Cash Flow | $43,543 | Year Established | 2005 |
| FF&E | $40,000* | Employees | 4ft |

\* included in the asking price

\*\* not included in the asking price

Awesome financials! Unbeatable location and clientele. All equipment is brand new. 6 leather pedicure massage chairs. 4 nail stations, 2 top quality, upright tanning beds. PleaSE refer to Jashua Swartz.

**Competition:** 2 Miles, 2 Years.

**Support/Training:** 2 weeks no cost.

**Reason Selling:** Pregnancy

## Business listed by

# Jashua Swartz

# 407-745-0471

# Transworld Business Brokers of Central Fl.

## Contact the Seller

To inquire about this business for sale, click the Reply button below



- Print this listing
- Email this listing to a friend
- View the broker's web site

**BizBuySell**® **The Largest Online Marketplace for Businesses for Sale**

 in alliance with **THE WALL STREET JOURNAL**

- HOME
- BUY A BIZ
- SELL YOUR BIZ
- FIND A FRANCHISE
- VALUE A BIZ
- BIZ LOANS
- FIND A BROKER
- FOR BROKERS

## Lake Worth, Florida (Palm Beach County)

Services - Beauty & Barber Shops | Services - Other Personal Services

| | | | | |
|---|---|---|---|---|
| Asking Price | $89,000 | Inventory | | |
| Gross Income | $115,469 | Real Estate | | |
| Cash Flow | $60,159 | Year Established | 1998 | |
| FF&E | $20,000* | Employees | 9 | |

\* included in the asking price

\*\* not included in the asking price

Well established nail salon with 9 year history. Has 10 nail stations, 3 pedicure/spa chairs, client chairs. Also has unisex bathroom, extra room for facials/waxing, and small kitchen with refrigerator, coffee machine, water cooler and microwave. Immaculately clean, looks brand new. Strong, upscale clientel bring tremendous goodwill. Owner will stay and work for new owner. E-2 approved. Extremely motivated, and will consider all offers.

**Facilities:** In a shopping plaza with plenty of parking. The inside is immaculate interior with extra room, bathroom, and kitchen

**Competition:** Only nail salon in plaza, and on a main street.

**Growth/Expansion:** Could grow with a few more nail techs

**Financing:** 44,400 over 36 months at 7%

**Support/Training:** Will stay on as employees

**Reason Selling:** Want to work and not own

## Business listed by

# chris allan

# 561-389-4406

## The Maken Group Inc.

### Contact the Seller

To inquire about this business for sale, click the Reply button below

# BizBuySell® The Largest Online Marketplace for Businesses for Sale

in aliance with |  THE WALL STREET JOURNAL

- HOME
- BUY A BIZ
- SELL YOUR BIZ
- FIND A FRANCHISE
- VALUE A BIZ
- BIZ LOANS
- FIND A BROKER
- FOR BROKERS

## Tampa, Florida (Hillsborough County)

Services - Beauty & Barber Shops | Services - Other Personal Services

| | | | |
|---|---|---|---|
| Asking Price | $79,797 | Inventory | $5,000* |
| Gross Income | 120,000 | Real Estate | |
| Cash Flow | $100,000 | Year Established | 1996 |
| FF&E | $50,000* | Employees | 4 |

\* included in the asking price

\*\* **not** included in the asking price

Well established nail salon for sale. Excellent turn key business in an great location.

**Facilities:** Nail Salon for Sale. Excellent South Tampa location.

**Financing:** none

## Business listed by

# Jeffrey Stuben

# 813-787-6243

# Keller Williams Realty

## Contact the Seller

To inquire about this business for sale, click the Reply button below



- Print this listing
- Email this listing to a friend

Analyze This Business

- Compare with other businesses
- Conduct comprehensive valuations

## BizBuySell   The Largest Online Marketplace for Businesses for Sale



- HOME
- BUY A BIZ
- SELL YOUR BIZ
- FIND A FRANCHISE
- VALUE A BIZ
- BIZ LOANS
- FIND A BROKER
- FOR BROKERS

## Duluth, Georgia (Gwinnett County)

**Services - Beauty & Barber Shops | Services - Other Personal Services**

| | | | |
|---|---|---|---|
| **Asking Price** * | $73,000 | **Inventory** ** | |
| **Gross Income** * | Not Disclosed | **Real Estate** * | |
| **Cash Flow** * | $60,000 | **Year Established** | N/A |
| **FF&E** * | N/A | **Employees** | N/A |

\* included in the asking price

\*\* **not** included in the asking price

If you know how to operate a nail salon professionally, This is a chance for you. Buy at great low price, make lots of money.

**Facilities:** Las Vegas caliber interior design with 5 nail service stations and 6 pedicure stations. This salon also features sun tanning room with 1 sun tanning bed and a massage room. Located in a high traffic area with ample parking in a strip mall. The set up cost is lot more than asking price.

**Competition:** Prime location with plenty of room to increase income. Owner must manage properly.

**Growth/Expansion:** If new owner markets this salon and operates business responsibly, your income will soar.

**Support/Training:** 2 weeks

**Reason Selling:** seller wants to pursue higher education

## Business listed by

## Jae Kim

## 404-918-8949

## Solid Source Realty

## Contact the Seller

To inquire about this business for sale, click the Reply button below



- Print this listing
- Email this listing to a friend

**BizBuySell** ## The Largest Online Marketplace for Businesses for Sale



- HOME
- BUY A BIZ
- SELL YOUR BIZ
- FIND A FRANCHISE
- VALUE A BIZ
- BIZ LOANS
- FIND A BROKER
- FOR BROKERS

Back to Search Results

## Duluth, Georgia (Gwinnett County)

Services - Beauty & Barber Shops | Services - Other Personal Services

| | | | |
|---|---|---|---|
| **Asking Price** | $73,000 | **Inventory** | |
| **Gross Income** | Not Disclosed | **Real Estate** | |
| **Cash Flow** | $60,000 | **Year Established** | N/A |
| **FF&E** | N/A | **Employees** | N/A |

\* included in the asking price

\*\* not included in the asking price

If you know how to operate a nail salon professionally, This is a chance for you. Buy at great low price, make lots of money.

**Facilities:** Las Vegas caliber interior design with 5 nail service stations and 6 pedicure stations. This salon also features sun tanning room with 1 sun tanning bed and a massage room. Located in a high traffic area with ample parking in a strip mall. The set up cost is lot more than asking price.

**Competition:** Prime location with plenty of room to increase income. Owner must manage properly.

**Growth/Expansion:** If new owner markets this salon and operates business responsibly, your income will soar.

**Support/Training:** 2 weeks

**Reason Selling:** seller wants to pursue higher education

## Business listed by

# Jae Kim

# 404-918-8949

# Solid Source Realty

## Contact the Seller

To inquire about this business for sale, click the Reply button below



- Print this listing

**BizBuySell**™    # The Largest Online Marketplace for Businesses for Sale



- HOME
- BUY A BIZ
- SELL YOUR BIZ
- FIND A FRANCHISE
- VALUE A BIZ
- BIZ LOANS
- FIND A BROKER
- FOR BROKERS

Back to Search Results

## Duluth, Georgia (Gwinnett County)

Services – Other Personal Services | Services – Other Miscellaneous services

| Asking Price | $50,000 | Inventory | Inc* |
|---|---|---|---|
| Gross Income | $145,000 | Real Estate | n/a** |
| Cash Flow | $50,000 | Year Established | 2004 |
| FF&E | Inc* | Employees | 2 |

\* included in the asking price

\*\* **not** included in the asking price

Well located in the heart of Gwinnett County near the Gwinnett Mall, this 3 years established nail shop has a steady business and offers good potential to grow much bigger. Bring your nail skill to have your own nail salon with its already established clienteles. With a little marketing, you would be able to bring the sales figure up to much higher. All equipments (4 salon chairs, 6 nail stations, 1 dry station, check in station with computer, 58" TV, and everything else in the store) and inventory are included in the sale price. It also has two unused rooms where you could set up tanning, body massage and/or facial massage rooms. The business is open 10:00 a.m. to 8:00 p.m. Tues. thru Sun.

**Competition:** Shop has good sale volume even with many competitions all around.

**Financing:** Negotiable

**Support/Training:** Two Weeks / Negotiable

**Reason Selling:** Personal Reason

## Business listed by

# Sarah D.

# 404-453-4989

# BB_REporTeam - RE/PRO

## Contact the Seller

To inquire about this business for sale, click the Reply button below



**BizBuySell**  **The Largest Online Marketplace for Businesses for Sale**

in alliance with  | **THE WALL STREET JOURNAL** ONLINE

- HOME
- BUY A BIZ
- SELL YOUR BIZ
- FIND A FRANCHISE
- VALUE A BIZ
- BIZ LOANS
- FIND A BROKER
- FOR BROKERS

Back to Search Results

## Birmingham Area, Alabama (Jefferson County)

Services - Beauty & Barber Shops | Services - Other Personal Services

| | | | |
|---|---|---|---|
| Asking Price | $40,000 | Inventory | tbd* |
| Gross Income | $146,000 | Real Estate | |
| Cash Flow | Not Disclosed | Year Established | 1997 |
| FF&E | tbd* | Employees | 1 Full Time |

\* included in the asking price

\*\* not included in the asking price

Very Attractive & Well Equipped Day Spa. Established for 10 years. Excellent location with following. The Ultimate full service spa provides: Massage therapy, Sauna, body treatments, hair service, nail service, facials, waxing. Gift certificates available.

**Facilities:** 2,000 sq. ft. building

**Financing:** Seller will negotiate financing

**Support/Training:** Seller will provide training

**Reason Selling:** Health Problems

## Business listed by

# A. P. DeMarco

# 205-879-7220

## Sunbelt Business Brokers

## Contact the Seller

To inquire about this business for sale, click the Reply button below

**Contact the Seller**

- Print this listing
- Email this listing to a friend
- View the broker's web site

**BizBuySell** **The Largest Online Marketplace for Businesses for Sale**   

- HOME
- BUY A BIZ
- SELL YOUR BIZ
- FIND A FRANCHISE
- VALUE A BIZ
- BIZ LOANS
- FIND A BROKER
- FOR BROKERS

## Lake Worth, Florida (Palm Beach County)

Services - Beauty & Barber Shops | Services - Other Personal Services

| | | | |
|---|---|---|---|
| Asking Price | $175,900 | Inventory | $8000* |
| Gross Income | $327,000 | Real Estate | |
| Cash Flow | $50,980 | Year Established | 1997 |
| FF&E | $38,000* | Employees | 2ft 1pt |

\* included in the asking price

\*\* not included in the asking price

Located on busy Plaza.Salon has 10 hair stat,2 manic,1 pedic,one private room for facial/waxing.Operators are paid 53%commis.Newly remodel.Well established salon with stable customers.Owner operator.Show by APPT. ONLY. Please refer to listing number 164-6957 when inquiring about this listing.

**Facilities:** Lease/Month:$2586 with three years terms and options located at a shop plaza with 1050 sq ft.

**Support/Training:** Seller will train for 15 weeks at no cost

**Reason Selling:** moving

## Business listed by

# Bibiana Gilles

# 754-224-3123

# Transworld Business Brokers, LLC.

### Contact the Seller

To inquire about this business for sale, click the Reply button below



- Print this listing
- Email this listing to a friend
- View the broker's web site