IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **THUY TRONG LE and KIM CHI VO,** <br> **d/b/a NAIL STUDIO AND SPA,** | * <br> * |
| Plaintiffs, | * |
| vs. | * CASE #: 2:07-CV-01070-WKW-CSC <br> * |
| **ARCITERRA GROUP, LLC, d/b/a** <br> **ARCITERRA FESTIVAL MONTGOMERY** <br> **AL, LLC** | * <br> <br> * |
| Defendant, | * |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT OF PLAINTIFF'S**

COME NOW Plaintiffs, by and through undersigned counsel and hereby, in accordance with this Honorable Court Order dated on January 22, 2008 and Rule 7.1 of the Federal Rules of Civil Procedure hereby state the following:

1. Plaintiff's individually own Nail Studio and Spa. Nail Studio and Spa is not owned by a parent corporation or any publicly held corporation.

Respectfully submitted,

/s/ Aaron J. Luck
Aaron J. Luck (LUC014)
Attorney for Plaintiff

OF COUNSEL:
McPhillips Shinbaum, L.L.P.
516 S. Perry Street  (36104)
P.O. Box 64
Montgomery, AL 36101-0064
Phone 334/262-1911
Facsimile 334/263-2321

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing documents on the following counsel of record by placing a copy of same in the US Mail, postage prepaid, on this 23rd day of January, 2008.

Joe Espy, III
J. Flynn Mozingo
Melton, Espy & Williams, PC
P.O. Drawer 5130
Montgomery, Alabama 36103

      /s/ Aaron J. Luck
      Of Counsel